NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KWONG HIU YUNG,<br><br>  Plaintiff,<br>  v.<br><br>YODLE, INC., ADMINISTAFF COMPANIES II, LP, and DOES 1 through 100, inclusive,<br><br>  Defendants. | No. C09-02579 HRL<br><br>**ORDER CONTINUING DEFENDANTS' MOTION TO TRANSFER VENUE AND CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 11]** |

Defendants moved to transfer the venue of this action to the Southern District of New York pursuant to 28 U.S.C. § 1404(a). However, plaintiff's counsel previously moved for leave to withdraw as counsel. (Docket No. 5.) Plaintiffs' counsel now requests that the court continue the hearing until after it decides the motion to withdraw, as he is unable to properly prepare an opposition to defendants' motion given the current status of his relationship with plaintiff. (Docket No. 19). Good cause appearing, the July 28, 2009 hearing on defendants' motion to transfer venue is continued to **October 13, 2009 at 10:00 a.m. in Courtroom 2**. The initial Case Management Conference is continued to **November 24, 2009 at 1:30 p.m. in Courtoom 2**.

**IT IS SO ORDERED.**

Dated: July 13, 2009

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**Notice has been electronically mailed to:**

Christina M. Kotowski  ckotowski@laborlawyers.com, jkeenan@laborlawyers.com
Daniel Robert Bartley  danielbartleylaw@aol.com
John M. Polson  jpolson@laborlawyers.com, mfelts@laborlawyers.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program**.