\*\* **E-filed July 24, 2009** \*\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KWONG HIU YUNG,<br><br>      Plaintiff,<br>  v.<br>YODLE, INC., ADMINISTAFF COMPANIES II, LP, and DOES 1 through 100, inclusive,<br><br>      Defendants.<br>_____/ | No. C09-02579 HRL<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF'S CONSENT OR DECLINATION** |

Pursuant to Civil Local Rule 73-1, all parties must file either a consent or declination to proceed before a United States magistrate judge. To date, plaintiff has not yet consented or declined. Plaintiff is directed to file either a consent or a declination **no later than August 11, 2009**. The consent and declination forms are available from the Clerk's Office and the court's website at www.cand.uscourts.gov. If plaintiff fails to enter a consent or declination by this deadline, this case will be automatically reassigned to a United States district judge.

In light of plaintiff's counsel's pending motion to withdraw set for August 11, 2009, plaintiff's counsel is directed to use all reasonable efforts to provide plaintiff with actual notice of this order and of the motion hearing date.

IT IS SO ORDERED.

Dated: July 24, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C 09-02579 Notice will be electronically mailed to:**

2  Christina M. Kotowski          ckotowski@laborlawyers.com, jkeenan@laborlawyers.com
   Daniel Robert Bartley          danielbartleylaw@aol.com
3  John M. Polson                 jpolson@laborlawyers.com, mfelts@laborlawyers.com

4
   **Counsel are responsible for distributing copies of this document to co-counsel who have not
5  registered for e-filing under the court's CM/ECF program.**