**E-Filed 10/2/09**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| KWONG HIU YUNG,<br><br>               Plaintiff,<br><br>      v.<br><br>YODLE, INC., ADMINISTAFF COMPANIES II,<br>LP, and DOES 1 through 100, inclusive,<br><br>              Defendants. | Case Number C 09-02579 JF (HRL)<br><br>ORDER[1] GRANTING DEFENDANTS'<br>MOTION TO TRANSFER VENUE |

On April 21, 2009, Plaintiff Kwong Hiu Yung ("Plaintiff") filed the instant employment and defamation action in the Santa Clara Superior Court. The action involves events that occurred in the state of New York. On June 10, 2009, Defendants Yodle, Inc. ("Yodle") and Administaff Comapnies II, L.P. ("Administaff") removed the case to this Court pursuant to 28 U.S.C. §1446(a) on the basis of diversity of citizenship.

On June 24, 2009, Defendants moved to transfer venue to the Southern District of New York, primarily on the ground that the facts alleged in the complaint arose in that district. Plaintiff does not oppose the motion. Accordingly, the Court, pursuant to Civil Local Rule 7-1(b), will grant the motion without oral argument. The Clerk of the Court shall transfer this

---

[1] This disposition is not designated for publication in the official reports.

1   action to the United States District Court for the Southern District of New York.

2

3       IT IS SO ORDERED.

4

5   DATED: 10/2/09

6

7

8                JEREMY FOGEL
                 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-02579 JF (HRL)
ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE
(JFLC3)

1

2   This Order has been served upon the following persons:

3

4   Christina M. Kotowski      ckotowski@laborlawyers.com, jkeenan@laborlawyers.com

5   John M. Polson      jpolson@laborlawyers.com, mfelts@laborlawyers.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 09-02579 JF (HRL)
ORDER GRANTING DEFENDANT'S MOTION TO TRANSFER VENUE
(JFLC3)