USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- X
                                    :
KWONG HIU YUNG,                     :
                                    :
                    Plaintiff,      :    09 Civ. 9364 (WHP)
                                    :
        -against-                   :    ORDER
                                    :
YODLE, INC., et ano.,               :
                                    :
                    Defendants.     :
---------------------------------- X

WILLIAM H. PAULEY III, District Judge:

On March 10, 2010, this Court held an initial pre-trial conference where Plaintiff pro se and counsel for the Defendants appeared. At that conference, Plaintiff pro se stipulated on the record that his claims are less than $75,000, and in light of that stipulation, the parties consented to the remand of this case to California state court. Thus, this Court finds that this case was improperly removed from California state court because this Court lacks subject matter jurisdiction. Accordingly, this Court orders the following:

(1) This Court directs the Clerk of the Court transfer this case back to the U.S. District Court for the Northern District of California, San Jose Division;

(2) This Court requests that the Clerk of the Court for the Northern District of California remand this case back to the California Superior Court for Santa Clara County.

Dated: March 11, 2010
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copies mailed to*:

Mr. Kwong Hiu Yung
1376 Keenan Way
San Jose, CA 95125
*Plaintiff Pro Se*

David E. Strand, Esq.
Fisher & Phillips, LLP
430 Mountain Avenue
Murray Hill, NJ 07974
*Counsel for Defendants*