**E-Filed 10/7/10**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KWONG HIU YUNG,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>YODLE, INC., ADMINISTAFF COMPANIES II, LP, and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case Number 5:09-cv-02579-JF/HRL<br><br>ORDER[1] REMANDING ACTION TO SANTA CLARA SUPERIOR COURT |

　　　Plaintiff Kwong Hiu Yung ("Plaintiff") filed the instant action in the Santa Clara Superior Court on April 21, 2009, alleging that Defendants Yodle, Inc. and Administaff Companies II, LP (collectively, "Defendants") were liable for breach of contract, misrepresentation, wrongful termination, and defamation. Defendants removed the action on June 10, 2009, pursuant to 28 U.S.C. § 1446(a) on the basis of diversity of citizenship. Because the action involves events that occurred in the state of New York, the Court granted Defendants' motion to transfer venue to the Southern District of New York. (Docket No. 37.) Plaintiff subsequently stipulated that the amount in controversy does not exceed $75,000, and the parties have agreed that the case may be remanded to the Superior Court. (Docket No. 42.) On March 11, 2010, Judge William H.

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:09-cv-02579-JF/HRL
ORDER REMANDING ACTION TO SANTA CLARA SUPERIOR COURT
(JFEX1)

1  Pauley III of the Southern District of New York transferred the action back to this Court to
2  effectuate the remand.  (*Id*.)  Accordingly, the action will be remanded, and the Clerk shall
3  transmit the file to the Santa Clara Superior Court.

IT IS SO ORDERED.

DATED: 10/7/10

_____
JEREMY FOGEL
United States District Judge

Case No. 5:09-cv-02579-JF/HRL
ORDER REMANDING ACTION TO SANTA CLARA SUPERIOR COURT
(JFEX1)

1  This Order was served on the following persons:

2  Kwong Hiu Yung
   1376 Keenan Way
3  San Jose, CA 95125-5990

4  Christina M. Kotowski    ckotowski@laborlawyers.com, jkeenan@laborlawyers.com

5  John M. Polson    jpolson@laborlawyers.com, mfelts@laborlawyers.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
Case No. 5:09-cv-02579-JF/HRL
ORDER REMANDING ACTION TO SANTA CLARA SUPERIOR COURT
(JFEX1)